IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


DAVID LEE SMITH,

    Plaintiff,

v.                                          CASE NO. 1:05-cv-00090-MP-AK

NORTH FLORIDA EVALUATION
AND TREATMENT CENTER,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 2, Report and Recommendations of the Magistrate Judge, recommending that this case be dismissed under 28 U.S.C. § 1915(g) since plaintiff has already had three cases dismissed as frivolous. Objections to Report and Recommendation were due by July 15, 2005, but none were filed. In fact, the Report and Recommendation was returned undeliverable and plaintiff has not provided the Court with an updated address.

The Court agrees with the Magistrate Judge that because Plaintiff has had at least three prior dismissals and is not under imminent danger of serious physical injury, he is not entitled to proceed in forma pauperis. Furthermore, because Plaintiff did not pay the filing fee at the time he submitted this civil rights action, this case must be dismissed. The fact that the Report and

Recommendation was returned as undeliverable is no help to the plaintiff, as it is the plaintiff's duty to keep the Court informed of his address.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *22nd*   day of September, 2005

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge